| | |
|---|---|
| 1  BRADFORD J. BLACK (SBN 252031)<br>bblack@bradfordblack.com<br>2  **BRADFORD BLACK P.C.**<br>3  4 Embarcadero Ctr., Suite 1400<br>San Francisco, CA 94111<br>4  Telephone: (415) 813-6211<br>Facsimile: (415) 813-6222<br>5<br>6  DAVID C. RADULESCU (*pro hac vice to be submitted*)<br>david@radip.com<br>7  TIGRAN VARDANIAN (*pro hac vice to be submitted*)<br>tigran@radip.com<br>8  DANIEL KESACK (*pro hac vice to be submitted*)<br>dan@radip.com<br>9  **RADULESCU LLP**<br>10  The Empire State Building<br>350 Fifth Avenue, Suite 6910<br>11  New York, NY 10118<br>Telephone: (646) 502-5950<br>12  Facsimile: (646) 502-5959<br>13<br>*Attorneys for Plaintiff*<br>14  *UPF INNOVATIONS, LLC* | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION** |

| | |
|---|---|
| UPF INNOVATIONS, LLC, a Texas limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>REDPINE SIGNALS, INC., a California corporation,<br><br>        Defendant. | Case No. 4:18-cv-814-KAW<br><br>**[PROPOSED]** ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

| | |
|---|---|
| 1 | BEFORE THE COURT is the Parties' Joint Stipulation of Dismissal of Action with |
| 2 | Prejudice (the "Stipulated Request"). The Stipulated Request requests that the Court dismiss this |
| 3 | action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses in |
| 4 | connection with this action. The Court, having considered the Stipulated Request, is of the |
| 5 | opinion that there is good cause to dismiss this action with prejudice and that their request for |
| 6 | dismissal with prejudice should be granted. |

**IT IS THEREFORE ORDERED** that

1. All claims, causes of action, and parties in this case are dismissed WITH PREJUDICE, and

2. All costs, expenses, and attorneys' fees relating to this litigation shall be borne solely by the party that incurred them.

**IT IS SO ORDERED**.

Dated: 5/9/18

KANDIS A. WESTMORE
United States Magistrate Judge